## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**BRADLEY CRAIG BURCHFIELD**                                                      **PLAINTIFF**

v.                                        Civil No. 4:16-cv-04050

**JEFF HARRELSON; MONTY WOODS;
BRYAN CHESSHIR; DEPUTY CHRIS
WALCOTT; SHERIFF BENNY SIMMONS;
and DEFENDANT DOE (BETTY)**                                                      **DEFENDANTS**

## ORDER

Plaintiff, Bradley Craig Burchfield filed this 42 U.S.C. § 1983 action *pro se* on April 22, 2016.  ECF No. 1.  Plaintiff's application to proceed *in forma pauperis* was granted on June 30, 2016.  ECF No. 11.  Before the Court is Plaintiff Motion to Supplement his Complaint.  ECF No. 9.

The Court is in the process of screening Plaintiff's original Complaint.  I find Plaintiff's motion was not filed in bad faith or undue delay and no opposing party will be prejudiced at this early stage in the litigation.  Plaintiff's Motion to Supplement Complaint (ECF No. 9) is **GRANTED**.

**IT IS SO ORDERED this 30th day of June 2016.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE