IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**BRADLEY CRAIG BURCHFIELD**                                                **PLAINTIFF**

v.                                        Civil No. 4:16-cv-04050

**DEPUTY CHRIS WALCOTT;**
And **SHERIFF BENNY SIMMONS**                                         **DEFENDANTS**

## ORDER

Plaintiff Bradley Craig Burchfield filed this 42 U.S.C. § 1983 action *pro se* on May 24, 2016. ECF No. 1. Before the Court is Plaintiff's Motion for Transcript. ECF No. 76. Defendants have not filed a response.

On December 19, 2016, Plaintiff filed a motion requesting the issuance of a subpoena for phone records from City Tele-Coin, because the "records will show that "access to the courts" was not fulfilled by Defendants Walcott and Simmons". ECF No. 66. The Court granted Plaintiff's motion on January 3, 2017. ECF No. 67. A subpoena was issued to the Records Custodian at City Tele-Coin, 4501 Marlena Street, Bossier City, LA 71111, (ECF No. 68) ordering production of phone records from March 7, 2016 through June 9, 2016 for Bradley Craig Burchfield, User ID 40366, for the Sevier County (Arkansas) Detention Facility including 1) any conversations between Bradley Craig Burchfield and his attorney; and 2) any list of a log-in by anyone at the Sevier County Detention Center who may have listened to those phone calls. On January 31, 2017, the custodian of records for City Tele-Coin Company, Inc. filed a Notice with the Court stating he had produced thirteen recordings. ECF No. 74.

Plaintiff states in his Motion for Transcript he "is no longer incarcerated in ADC and can possess the CD or other format the recordings are on" and he "would prefer a transcript prepared

1

by the court reporter or other officer of the court." ECF No. 76. The Court will not take on the task of preparing a transcript of the recordings for Plaintiff. Plaintiff is capable of preparing his own transcripts. Accordingly, Plaintiff's Motion for Transcript (ECF No. 76) is **DENIED.**

**The Clerk is DIRECTED to send all materials produced by City Tele-Coin Company, Inc. to Plaintiff at his current address of record.**

**IT IS SO ORDERED this 19th day of April 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE