IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRADLEY CRAIG BURCHFIELD                                              PLAINTIFF

v.                           Civil No. 4:16-cv-04050

DEPUTY CHRIS WALCOTT;
And SHERIFF BENNY SIMMONS                                            DEFENDANTS

## ORDER

Plaintiff Bradley Craig Burchfield filed this 42 U.S.C. § 1983 action *pro se* on May 24, 2016. ECF No. 1. Before the Court is Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment. ECF No. 79.

On June 1, 2017, Plaintiff filed a Motion for Summary Judgment (ECF No. 78) without including a brief and a separate statement of undisputed material facts. ECF No. 78. Defendants have moved to strike Plaintiff's motion because he did not comply with Fed. R. Civ. P. 56(a) and Local Rule 56.1 (a).

Plaintiff is given until **June 21, 2017,** to file a brief in support of his Motion for Summary Judgment and a separate, short and concise statement of the material facts as to which he contends there is no genuine dispute to be tried.

Accordingly, Defendants' Motion to Strike (ECF No. 79) is **DENIED.**

**IT IS SO ORDERED this 7th day of June 2017.**

                                          /s/ Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          UNITED STATES MAGISTRATE JUDGE