IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRADLEY CRAIG BURCHFIELD                                              PLAINTIFF

v.                                    Civil No. 4:16-cv-04050

DEPUTY CHRIS WALCOTT;
And SHERIFF BENNY SIMMONS                                          DEFENDANTS

## ORDER

Plaintiff Bradley Craig Burchfield proceeds *pro se* in this 42 U.S.C. § 1983 action. The

parties have each filed motions for summary judgment neither of which address Plaintiff's claim

that his legal mail was opened and read resulting in a violation of his civil rights. ECF Nos. 78,

85.

Prior to ruling on these motions, Plaintiff and Defendants are invited to supplement their

motions and brief the issue of whether or not summary judgment should be granted with respect

to Plaintiff's claims relating to his legal mail. The parties shall have until August 28, 2017, to

submit a brief and supporting affidavits on this issue. Each party shall have until September 15,

2017, to respond to the other party's supplement and any new briefing.

**IT IS SO ORDERED this 15th day of August 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE