IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRADLEY CRAIG BURCHFIELD                                               PLAINTIFF

V.                              CASE NO. 4:16-CV-04050

DEPUTY CHRIS WALCOTT
and SHERIFF BENNY SIMMONS                                             DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Plaintiff's Motion for Summary Judgment (ECF No. 78) is **DENIED** and Defendants' Motion for Summary Judgment (ECF No. 85) is hereby **GRANTED**. The above styled case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge